**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**#25/ JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3219 PSG (MANx) | Date | November 4, 2009 |
|---|---|---|---|
| Title | Soon Hee Sin v. Primus Lending Corp. *et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):          Attorneys Present for Defendant(s):

Not Present                                                      Not Present

**Proceedings:     (In Chambers) Order GRANTING Defendant Primus Lending Corporation's Motion to Dismiss Plaintiff's Complaint**

On May 7, 2009, Plaintiff Soon Hee Sin ("Plaintiff") filed this suit against Defendants Primus Lending Corp. ("Primus"), GMAC Mortgage LLC ("GMAC"), erroneously sued as GMAC Mortgage Corp., and New York Financial, Inc.  The complaint asserts claims for violations of 1) the Truth in Lending Act, 2) the Real Estate Settlement Procedures Act, 3) California's Unruh Civil Rights Act, 4) the Civil Rights Act of 1991 (42 U.S.C. § 1981), 5) the Civil Rights Act of 1871 (42 U.S.C. § 1983), 6) the Unfair Housing Act, 7) the Civil Rights Act of 1964 (42 U.S.C. §2000d), 8) the Equal Credit Opportunity Act, and 9) California Business & Professions Code §§ 17200 and 17500, as well as claims for 10) Fraud, 11) Breach of Contract, 12) Breach of the Implied Covenant of Good Faith and Fair Dealing, and 13) Declaratory Relief.

On October 6, 2009, Defendant Primus brought the instant Motion to Dismiss Plaintiff's Complaint ("Motion"), seeking to have all claims against Primus dismissed with prejudice. Under Local Rule 7-9, Plaintiff was required to file and serve an opposition to the Motion by October 26, 2009.  Plaintiff did not file an opposition by that date.  Pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file a timely opposition to be consent to the granting of Defendant Primus's Motion.  *See* L.R. 7-12.  Accordingly, the Court grants Defendant Primus's Motion To Dismiss Plaintiff's Complaint.

Based on the foregoing, this Court

1.      GRANTS Defendant Primus's Motion to Dismiss Plaintiff's Complaint, and

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**#25/ JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3219 PSG (MANx) | Date | November 4, 2009 |
|---|---|---|---|
| Title | Soon Hee Sin v. Primus Lending Corp. *et al.* | | |

2.   dismisses Plaintiff's complaint in its entirety with prejudice.[1]

**IT IS SO ORDERED.**

---

[1] Defendant GMAC's motion to dismiss all claims against it with prejudice was granted on October 1, 2009.  Pursuant to Federal Rule of Civil Procedure 4(m), the Court also dismisses Defendant New York Financial, Inc.